## BASS v. STARNES.

No. 14638—Opinion Filed Sept. 9, 1924.

(Syllabus.)

### Appeal and Error—Absence of Answer Brief —Reversal.

It is a well-established rule of this court that where the plaintiff in error's brief, duly filed as provided by the rules, reasonably sustains the assignments of error relied upon for a reversal of the cause, and the defendant in error has filed no brief within the time prescribed by the rules, nor requested an extension of time within which to do so, this court will not search the record with the view of ascertaining some theory on which the judgment of the court may be sustained, but will reverse and remand the same to the trial court for a new trial. The situation in the instant case falling within the provisions of this rule, this cause is reversed and remanded to the district court of Okmulgee county. Belknap Hardware & Mfg. Co. v. Fowler, 102 Okla. 74, 226 Pac. 41.

Error from District Court, Okmulgee County: James Hepburn, Judge.

Action by Amos K. Bass against David Starnes. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

E. F. Maley, for plaintiff in error.

H. S. Samples, for defendant in error.

GORDON, J. This is an appeal from the district court of Okmulgee county. In the trial court defendant recovered judgment against the plaintiff, and plaintiff brings error. The record was filed in this court on August 28, 1923, and the brief of plaintiff in error was filed on November 13, 1923. Defendant in error has filed no brief, although the time for filing same under the rules of this court expired several months ago. Defendant in error has made no request for an extension of time within which to file brief and offered no excuse for his failure to file same. Under these circumstances, this court will not search the record to find a theory upon which the judgment of the trial court may be sustained, but will, where the authorities cited in the brief of plaintiff in error appear reasonably to sustain the assignment of error, reverse the cause in accordance with the prayer of the petition in error.

An examination of the record and the brief on file, indicates that the authorities cited by plaintiff in error reasonably sustain some of the assignments of error, and in accordance with the rules of this court, the judgment of the trial court is reversed, and this cause remanded for further proceeding in conformity herewith.

JOHNSON, C. J., and NICHOLSON, BRANSON, HARRISON, MASON, and WARREN, JJ., concur.